**\*\*E-filed 09/07/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF PATRICK JOSEPH MCCABE _____/ | No. C 10-90622 RS<br><br>**ORDER** |

This complaint in this action was filed on July 28, 2010, and given the label "CR-10-90622 MISC MEJ" by the Clerk's office, reflecting that it had been assigned to Magistrate Judge James. No assignment to a District Court judge was made at that time. Subsequently, the matter was assigned to District Court Judge Susan Illston, who held a hearing and affirmed a prior ruling by Judge James.

On August 19, 2010, the Clerk's office determined that the action should have been assigned to the undersigned when filed, and the matter was reassigned. Defendant has now filed a "notice of related case," by which he appears to be requesting that this action be reassigned to Judge Illston. The rules governing related cases are inapplicable here, as only one case exists. The differing initials following the case number reflect only the identity of the judicial officers assigned at

particular points in time, not separate cases. The undersigned will remain the assigned District Judge in this action, and Judge James will remain the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: September 7, 2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE