Robert J. Beles Bar No. 41993
Paul McCarthy Bar No. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Defendant*
PATRICK JOSEPH MCCABE

# United States District Court
## Northern District of California

### Eureka Division

In the Matter of the Extradition of PATRICK JOSEPH MCCABE

No.   3:10-XR-90622-NJV

~~PROPOSED~~ MODIFIED ORDER FOR DISCOVERY OF MEDICAL /MENTAL HEALTH RECORDS

**PROPOSED ORDER FOR DISCOVERY OF
MEDICAL /MENTAL HEALTH RECORDS**

To Criminal Justice Mental Health Program (CJMH) at Santa Rita Jail, Dublin, California, and their Custodian of Records.

You are hereby ordered to turn over all medical / mental health records for Patrick Joseph McCabe to his treating physician, Dr. William Sellman, and to the Law Offices of Robert J. Beles forthwith.

Dated:  San Francisco, California, February 3, 2011.

_____
Nandor J. Vadas
United States District Magistrate Judge