NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF PATRICK JOSEPH MCCABE _____/ | No. 10-XR-90622 NJV<br>**ORDER GRANTING REQUEST RE: PASSPORT**<br>(Docket No. 81) |

The United States, representing the Republic of Ireland, requested the extradition of Patrick Joseph McCabe, an Irish citizen, for nine charges of indecent assault on six minors and one charge of attempted indecent assault on one minor. On July 30, 2010, in an order setting conditions of his release, the court ordered McCabe to surrender all passports to the court by August 2, 2010. Doc. No. 7. McCabe surrendered his Irish passport to the court pursuant to its order. On January 31, 2011, the Court held an extradition hearing at which McCabe was represented by counsel. On February 22, 2011, the Court issued an order granting the certificate of extradition. Doc. No. 75. McCabe filed a petition for a writ of habeas corpus challenging this Court's extradition order. On April 5, 2011, the district court, Judge Lucy H. Koh, denied McCabe's habeas petition. Case No. 11-0988, Doc. No. 15. McCabe appealed the denial of his habeas petition to the Ninth Circuit and filed an emergency motion to stay his surrender to Irish authorities under the Court's certificate of extradition pending McCabe's appeal. On May 27, 2011, the Ninth Circuit denied McCabe's emergency motion to stay his surrender to Irish authorities. Doc. No. 81-3.

Currently pending before the Court is the government's application for the removal of McCabe's passport from the custody of the Clerk of the court, for transmission to Irish authorities. Doc. No. 81. McCabe opposes the removal. According to the Office of International Affairs of the United States Department of Justice, McCabe's passport is needed by Irish authorities before undertaking his transport from the United States to the Republic of Ireland. Declaration of Philip J. Kearney, ¶ 3 (Doc. No. 81-1). Given that the Ninth Circuit has denied McCabe's emergency motion to stay his surrender to Irish authorities under the Court's certificate of extradition pending McCabe's appeal, the Court **grants** the government's application for the transfer of McCabe's passport from the Clerk of the court to the custody of the U.S. Attorney's Office. The Court directs the U.S. Attorney's Office to follow the Clerk's procedure for retrieval of McCabe's passport.

**IT IS SO ORDERED.**

Dated: June 2, 2011

NANDOR J. VADAS
United States Magistrate Judge

2